1  **HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
   **DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
2  **SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
3  **CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
   **TY A. FORD**, Deputy City Attorney (SBN 218365)
4  200 North Main Street, 6th Floor, City Hall East
5  Los Angeles, CA 90012
   Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
6  Email:  Ty.Ford@lacity.org
7
   *Attorneys for Defendant*, CITY OF LOS ANGELES
8
9  COLLINSON, DAEHNKE, INLOW & GRECO
   Laura E. Inlow, Esq. (SBN 130584)
10 Email: laura.inlow@cdiglaw.com
   Lenore C. Kelly, Esq. (SBN 170891)
11 Email: lenore.kelly@cdiglaw.com
12 21515 Hawthorne Blvd., Suite 800
   Torrance, CA 90503
13 Telephone: (424) 212-7777
14 Facsimile: (424) 212-7757

15 Attorneys for Defendants, **JOSEPH ZIZZO** and **NICOLAS ALEJANDRE**
16
17 DALE K. GALIPO, State Bar No. 144074
   dalekgalipo@yahoo.com
18 ERIC VALENZUELA, State Bar No. 284500
   evalenzuela@galipolaw.com
19 LAW OFFICES OF DALE K. GALIPO
20 21800 Burbank Blvd., Suite 310
   Woodland Hills, CA 91367
21 Attorneys for Plaintiffs
22 Shamika Moore, et al.

23 LAW OFFICES OF GREGORY A. YATES
   Gregory A. Yates (Bar No. 63259)
24 gyates@gregoryayates.net
25 16830 Ventura Boulevard, Suite 250
   Encino, California 91436
26 Telephone: (310) 858-6944
27 Facsimile: (818) 905-7038

28 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.S., a minor by and through her Guardian Ad Litem SHAMEKA MOORE; T.S., a minor by and through his Guardian Ad Litem SHAMEKA MOORE; T.S., a minor by and through his Guardian Ad Litem SHAMEKA MOORE; SHAMEKA MOORE; TAKARRA SMITH; TAKOYA SMITH; TAKAR SMITH JR.; and ALECIA SMITH,<br><br>    Plaintiff(s),<br><br>    v.<br><br>CITY OF LOS ANGELES, JOSEPH ZIZZO, NICOLAS ALEJANDRE and DOES 3 through 10, inclusive,<br><br>    Defendant(s). | CASE NO. 2:23-cv-06334 FMO (SSCx)<br>*Hon. Judge Fernando M. Olguin, USDC-1st Cthse, Ctrm. 6D; Hon. Mag. Stephanie S. Christensen, Roybal-Cthse, Ctrm. 640*<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Trial Date: October 8, 2024 |

**TO THE HONORABLE COURT:**

The Parties hereby submit this Notice of Settlement to notify the Court that this lawsuit has been tentatively settled in its entirety following ongoing discussions after a mediation session with private mediator Richard Copeland. The Parties accordingly request that the Court vacate the trial date of October 8, 2024, the Pre-Trial Conference scheduled for September 20, 2024, and all other pre-trial dates and deadlines. Because

the tentative settlement is contingent on approval by the City of Los Angeles' Claims Board, Budget and Finance Committee, City Council, and Mayor, as well as a minor's compromise, it may take several months to be finalized.  The Parties therefore propose that they file a joint report regarding the status of settlement on or before October 23, 2024.

Dated:  April 23, 2024          **LAW OFFICES OF DALE K. GALIPO**

                                By:     /s/  Eric Valenzuela
                                        Eric Valenzuela
                                Attorneys for Plaintiffs


Dated: April 23, 2024           **COLLINSON, DAEHNKE, INLOW & GRECO**

                                By:     /s/  Laura E. Inlow
                                        Laura E. Inlow, Esq.
                                Attorneys for Defendants
                                Joseph Zizzo and Nicholas Alejandre


Dated: April 23, 2024           **HYDEE FELDSTEIN SOTO**, City Attorney
                                **DENISE C. MILLS**, Chief Deputy City Attorney
                                **SCOTT MARCUS**, Chief Assistant City Attorney
                                **CORY M. BRENTE**, Senior Assistant City Attorney

                                By:   *Ty A. Ford*
                                        TY A. FORD, Deputy City Attorney
                                *Attorneys for Defendant*, CITY OF LOS ANGELES