**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.S., a minor by and through her Guardian Ad Litem SHAMEKA MOORE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES et al.,<br><br>Defendants. | ) Case No. CV 23-6334 FMO (SSCx)<br>)<br>)<br>) **ORDER APPROVING PETITION**<br>) **[33] FOR COMPROMISE OF**<br>) **THE CLAIMS OF T.S., A MINOR,**<br>) **BY AND THROUGH HIS**<br>) **GUARDIAN AD LITEM,**<br>) **SHAMEKA MOORE**<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This Court, having considered Petitioner Shameka Moore's Petition for Compromise of the Claims of T.S., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor T.S.'s action against the Defendants in the amount of $6,000,000 is hereby approved. The first payment of $3,000,000 is to be paid and received to Plaintiffs' counsel and the annuity brokers by September 30, 2024, and

1. the second payment of $3,000,000 is to be paid in 2025.  Defendant City of Los Angeles, through counsel, shall prepare and deliver the drafts for the settlement proceeds in the amount of $3,000,000, to be received by the Plaintiffs' counsel and the annuity brokers by no later than September 30, 2024, payable as follows:

2. A draft for $160,000 shall be made payable to the Law Offices of Dale K. Galipo.  These funds shall be used to satisfy the attorney fees owed by the minor plaintiff T.S. to plaintiff's counsel;

3. A draft for $1,800,000 shall be made payable to the Law Offices of Dale K. Galipo Attorney Trust Account.  These funds shall be used to satisfy the portions of the settlement owed to Plaintiffs Shameka Moore, Takarra Smith, Takoya Smith, Takar Smith Jr. and Alecia Smith and the attorney fees owed by said plaintiffs to plaintiffs' counsel;

5. A draft for $240,000 shall be made payable to Metropolitan Tower Life Insurance Company ("MetLife").  These funds shall be used to purchase an annuity in accord with the Addendum ("**Exhibit A**") to this Order which outlines the future periodic payments[1].

6. With these funds, the Defendants/Assignee shall purchase an annuity policy from Metlife, which is rated A+ Superior, as determined by A.M. Best Company.  Metlife will act as Guarantor for Assignee of the payments outlined in the Addendum to this Order as **Exhibit A**;

7. The Court directs the Assignee to purchase the annuity contract on behalf of the minor plaintiff.  The funds shall be disbursed in accord with the terms of the

---

[1] Plaintiffs will be filing two additional Minor's Compromises that will request to fund two additional annuities for minors T. S. and T.S., both in the amount of $240,000.  Plaintiffs will also file additional minor's compromises next year for all three minor plaintiffs, T.S. T.S. and T.S., when the Plaintiffs receive the second payment of $3,000,000.  These funds will also be used to fund three separate annuities for the minor plaintiffs.

Annuity as outlined in the Addendum attached to this Order as "**Exhibit A**." Metlife shall act as Guarantor of the Defendant/Assignee. Disbursement drafts will be made payable and will begin being issued directly to T.S. upon reaching the age of maturity according to the payment schedule. Further, as set forth in "**Exhibit A**" a monthly payment of $300 shall to be made to parent and Petitioner Shameka Moore until T.S. reaches the age of seventeen. This monthly payment of $300 shall be used specifically and exclusively on minor T.S. for his necessities of life, including food, clothing, shelter and educational expenses.

**IT IS SO ORDERED.**

Dated:  August 22, 2024                    _____/s/_____
                                            Honorable Fernando M. Olguin
                                            United States District Court
                                            Central District of California